**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                          No. 4:08CR00020-01 JLH

CARLOS GARCIA                                                                                                    DEFENDANT

## ORDER

The government has filed a Motion to Dismiss Indictment as to defendant Carlos Garcia. The motion is GRANTED. Document #36. The indictment is dismissed without prejudice as to defendant Carlos Garcia. The arrest warrant issued on January 10, 2008, is hereby recalled.

IT IS SO ORDERED this 11th day, of August, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE